IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: APPOINTMENT OF ADDITIONAL DESIGNATED PATENT JUDGE ) ) ) ) ) Misc. No. 11-283

ORDER

WHEREAS, this court has been selected as a district court participating in the Pilot Program in Certain District Courts related to patents and plant variety protection, Pub. L. No. 111-349, 124 Stat. 3674, 28 U.S.C. § 137 ("Patent Pilot Program"); and

WHEREAS the Chief Judge has, by order dated October 12, 2011, appointed Judge Gary L. Lancaster, Judge Joy Flowers Conti, Judge Arthur J. Schwab, and Judge Nora Barry Fischer to be Designated Patent Judges;

IT IS HEREBY ORDERED that the Chief Judge now also and additionally has designated Judge Cathy Bissoon to serve as a Designated Patent Judge.

Date: January 31, 2012

BY THE COURT:

_____
GARY L. LANCASTER, Chief Judge
United States District Court
Western District of Pennsylvania