IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: APPOINTMENT OF ADDITIONAL DESIGNATED PATENT JUDGE )))) Misc. No. 11-283

## ORDER

WHEREAS, this court has been selected as a district court participating in the Pilot Program in Certain District Courts related to patents and plant variety protection, Pub. L. No. 111-349, 124 Stat. 3674, 28 U.S.C. § 137 ("Patent Pilot Program"); and

WHEREAS the Chief Judge has, by orders dated October 12, 2011 and January 31, 2012, appointed Judge Gary L. Lancaster, Judge Joy Flowers Conti, Judge Arthur J. Schwab, Judge Nora Barry Fischer, and Judge Cathy Bissoon to be Designated Patent Judges;

IT IS HEREBY FURTHER ORDERED that the Chief Judge now also and additionally designates Judge Mark R. Hornak to serve as a Designated Patent Judge.

Date: May 9, 2012

BY THE COURT:

_____
GARY L. LANCASTER, Chief Judge
United States District Court
Western District of Pennsylvania